IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MIDDLESEX INSURANCE COMPANY ) | | |
| ) | | |
|     Plaintiff ) | | |
| ) | | |
| v. ) | No.: 2:21-cv-02524-JTF-cgc | |
| ) | Jury Demand | |
| ) | | |
| ) | | |
| COX'S PARADISE, LLC ) | | |
| ) | | |
| ) | | |
|     Defendant | | |

## STATUS UPDATE

COME NOW the Defendant, COX'S PARADISE (the "Cox"), and hereby files this Status Report and states as follows:

1. The parties filed their Joint Motion to Extend Appraisal Deadlines and Set Aside Umpire (Doc. 61) which was agreed to by the Court on June 10, 2024.

2. While the parties' appraisers have attempted to resolve their differences without the necessity of an Appraisal Umpire, they have been unable to do so.

3. As such, the parties find it incumbent upon themselves to advise this Honorable Court that they are in need of the Court to appoint an Appraisal Umpire.

4. As this Honorable Court has previously found Jon Linville, Bradley Stevens, and Dave Nguyen qualified (D.E. 56), this Court need not go through the judicial labor to select the parties' Appraisal Umpire.

5. To that end, Plaintiff has advised Cox, on September 9, 2024, that it has no objection

1

to this Honorable Court appointing any one of these three appraisers to serve as the Appraisal Umpire. Cox, however, objects to the potential selection of Bradley Stevens as Mr. Stevens has a conflict with Cox's Public Adjuster, William Griffin.

6   As neither party has any objection to Jon Linville or Dave Nguyen, Cox would respectfully request, especially as the removed Umpire, Ted Taylor, was a Plaintiff selection who unnecessarily cost Cox time and money, that this Honorable Court select either Jon Linville or Dave Nguyen.

7   Once this Honorable Court selects an Appraisal Umpire, additional time will be required to complete the appraisal process. From the date of this Court's selection, the parties would request an additional 90 days in which to complete appraisal.

8   The parties can participate in a status conference if this Honorable Court wishes to discuss the issues herein.

9   The parties seek the requested relief in good faith and not in an effort to delay the resolution of this matter. As the parties jointly request the relief sought herein, no party will be prejudiced.

Respectfully submitted,

**THE FARBER LAW FIRM**
2199 Ponce de Leon Blvd., Suite 301
Coral Gables, Florida 33134
Tele: 305-774-0134
Facsimile: 305-774-0135
Primary: dfarber@dfarberlaw.com
Secondary: pleadings@dfarberlaw.com

By: /s/ *David S. Farber*
David S. Farber
Florida Bar Number 0370230
Admitted to the Western District of Tennessee

## CERTIFICATE OF SERVICE

       I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

**Seth T. Hunter, Esq.**
**Brenen Ely, Esq.**
**Lauren A. Wiggins, Esq.**
**Ely & Isenberg, LLC**
**3500 Blue Lake Drive, Suite 345**
**Birmingham, Alabama 35243**

This, 9th day of September, 2024.

                                                   s/ *David S. Farber*
                                                   DAVID S. FARBER, ESQUIRE