IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MIDDLESEX INSURANCE COMPANY** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | No.: 2:21-cv-02524-JTF-cgc |
| ) | **Jury Demanded** |
| ) | |
| **COX'S PARADISE, LLC** ) | |
| ) | |
| ) | |
|     **Defendant** | |

## MOTION TO VACATE APPRAISAL AWARD AND TO ABATE

COMES NOW the Defendant, Cox's Paradise, LLC, by and through counsel, and respectfully moves this Court for entry of an Order vacating the appraisal award herein and to abate the action. In support, the Defendant relies on its Memorandum filed contemporaneously herewith and the entire record in this cause. In that respect, Plaintiff's Appraiser and the Umpire entered their Appraisal Award solely on causation/coverage as opposed to amount of loss as the Policy requires and the parties requested.

Moreover, pursuant to Local Rule 7.2(a)(B), David S. Farber, counsel for Defendant, consulted with counsel for Plaintiff via telephone/email concerning the present Motion. Defendant was advised that this Motion is opposed.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully

1

requests that this Court enter an order vacating the Appraisal Award and to abate the action to allow for a second appraisal with a different Umpire and/or instructions to this Umpire to determine the amount of loss and/or declare that appraisal is at its end with a new agreed upon Scheduling Order. Defendant further prays for general relief.

                                  Respectfully submitted,

**THE FARBER LAW FIRM**
ATTORNEY FOR PLAINTIFFS
MERRICK PLAZA
2199 PONCE DE LEON BLVD, SUITE 301
CORAL GABLES, FLORIDA 33134
TELEPHONE   (305) 774-0134
FACSIMILE    (305) 774-0135
PRIMARY: DFARBER@DFARBERLAW.COM
SECONDARY: MARIA@DFARBERLAW.COM
      PLEADINGS@DFARBERLAW.COM

BY:   /s/ ***David S. Farber***
DAVID S. FARBER, ESQUIRE
Florida Bar No. 0370230
Admitted to the Western District

&

**SPRAGINS, BARNETT & COBB**
COUNSEL FOR PLAINTIFFS
312 E. LAFAYETTE STREET
JACKSON, TN 38301
TELEPHONE: 731-424-0461
E-MAIL: LEWISCOBB@SPRAGINSLAW.COM

BY:   /S/  Lewis Cobb
LEWIS COBB, ESQUIRE
TBN: 005369

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

**Seth T. Hunter, Esq.**
**Brenen Ely, Esq.**
**Lauren A. Wiggins, Esq.**
**Ely & Isenberg, LLC**
**3500 Blue Lake Drive, Suite 345**
**Birmingham, Alabama 35243**

This, 9th day of September, 2025.

                                       s/ *David S. Farber*
                                       DAVID S. FARBER, ESQUIRE
                                       Certifying Attorney