

# APPRAISAL AWARD

Date: 4/11/2025

RE: **Cox's Paradise, LLC v. Middlesex Insurance Company**

| | |
|---|---|
| **Insured:** Cox's Paradise, LLC | **Insurer:** Middlesex Insurance Company |
| **Claim Number:** 66F348038 | **Policy Number:** A0103189 |
| **Date of Loss:** 6/5/2020 | **Cause of Loss:** Windstorm |
| **Loss Address:** 4224 DELP ST MEMPHIS TN, 38118 | **ECS File Number:** |

We, the undersigned, pursuant to our appointment as Appraisers in the appraisal of the loss to the real property of 4224 DELP ST, MEMPHIS, TN, 38118 occurring on , DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned to us, agreeably to the foregoing stipulations, and have appraised, determined and do hereby award the following sum(s) as the amount of loss to said property on this day of, 4/11/2025.

## AMOUNT OF LOSS

| Coverage | Replacement Cost | Recoverable | Non-Recoverable | Actual Cash Value |
|---|---|---|---|---|
| Structure: | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL AWARD: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |

## STIPULATIONS

The Insurance Carrier is to receive credit for the deductible and all prior indemnity payments made with respect to this loss. This award does not alter the terms and conditions of the insurance policy nor does it address any policy issues prior to the execution of the appraisal process.

**Your signature below means that you have read, understand, and agree to the outcomes Specified in this Award.**

| x_____ | x_____*Dan Connell*_____ | x_____ |
|---|---|---|
| Vince Perri | Dan Connell | Jon Linville |
| **Insureds Appraiser** | **Insurers Appraiser** | **Umpire** |
| Date: | Date: 04/11/2025 | Date: 4/11/2025 |

186 Spring Meadow Ln  ●  Greenwood, Indiana  46143  ●  Office 317-517-0245  ●  Fax 630-658-7353