STORED BY: RICK.GARDNER@SENTRY.COM
FROM: Timothy Evans <timothy@degeneral.com>
TO: Gardner Rick
CC: <None Specified>
SENT DATE: 3/18/2021 10:45:30 AM
SUBJECT: [EXTERNAL] Fwd: 66f348038- Cox's Paradise
ATTACHMENTS:
  COX'S-PARDISE_TPO Estimate 1-28-21.pdf
  D E General, LLC - Invoice 125565.pdf
BODY:

**Just compare the estimates and it will be self-explanatory**

Begin forwarded message:

From: Timothy Evans <timothy@degeneral.com>
Subject: Re: 66f348038- Cox's Paradise
Date: January 28, 2021 at 10:37:42 AM CST
To: Gardner Rick <Rick.Gardner@sentry.com>

Rick,

Please see attached my estimate for TPO replacement.

I have reviewed the PA estimate, and there are entire sections that are just completely unnecessary and ridiculous.

I have also attached my revised invoice for this claim, in the event that you have already issued payment on the original let me know and I can make a new seperate invoice for the estimate.

On Jan 20, 2021, at 5:55 PM, Gardner Rick <Rick.Gardner@sentry.com> wrote:

Timothy:

Please find attached the PA's estimate for repair at Cox's Paradise, please prepare a review.

Additionally, while we did not find any damage from wind or hail, I would ask that you prepare an estimate for the replacement of the TPO.

Much thanks

With kind regards,
Rick Gardner
Sr. Property Adjuster
Middlesex Insurance Company
205-412-6469
Fax: 800 999 4642
rick.gardner@sentry.com

This e-mail is confidential. If you are not the intended recipient, you must not disclose or use the information contained in it. If you have received this e-mail in error, please tell us immediately by return e-mail and delete the document. No recipient may use the information in this e-mail in violation of any civil or criminal statute. We disclaim all liability for any unauthorized uses of this e-mail or its contents, and accept no liability or responsibility for any damage caused by any virus transmitted with this e-mail. <Mitigation Inv.pdf><Loss Assessment - Cox Paradise LLC.pdf>

Thanks,

Timothy Evans
DE GENERAL
2100 SouthBridge Parkway, Suite 650
Birmingham, AL 35209
Cell 205-500-9551
Office 205-414-7501
Fax 205-414-7400



## DE General, LLC

Office: 205.414.7501  
Fax: 205.414.7400  
www.DEGENERAL.com  
2100 SouthBridge Parkway Suite 650, Birmingham, AL 35209

|  |  |
|---|---|
| Client: | Cox's Paradise |
| Property: | 4204 Delph Street |
|  | Memphis, TN 38118 |

| Operator: | TIMOTHY |
|---|---|

| Estimator: | Timothy R Evans Jr | Business: | (205) 414-7501 |
|---|---|---|---|
| Business: | 2100 SouthBridge Parkway, Suite 650 | E-mail: | timothy@degeneral.com |
|  | Birmingham, AL 35209 |  |  |

| Reference: | Rick Gardner | Business: | (205) 412-6468 |
|---|---|---|---|
| Position: | Senior Property Field Adj |  |  |
| Company: | Sentry Insurance |  |  |
| Business: | PO Box 8026 |  |  |
|  | Stevens Point, WI 54481 |  |  |

| Type of Estimate: | Other |  |  |
|---|---|---|---|
| Date Entered: | 1/13/2021 | Date Assigned: |  |

| Price List: | TNME8X_JAN21 |
|---|---|
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | COX'S-PARDISE |
| File Number: | 66F348038 |



**DE General, LLC**

Office: 205.414.7501
Fax: 205.414.7400
www.DEGENERAL.com
2100 SouthBridge Parkway Suite 650, Birmingham, AL 35209

## COX'S-PARDISE

### Roof

### Roof



102,432.00 Surface Area          1,024.32 Number of Squares
1,600.10 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1a. Remove Single ply membrane - Mechanically attached - 45 mil | 1,024.32 SQ | 55.20 | 0.00 | 0.00 | 56,542.46 |
| 1b. Single ply membrane - Mechanically attached - 45 mil | 1,024.32 SQ | 0.00 | 300.01 | 13,472.63 | 320,778.87 |
| 2a. Remove Insulation - ISO board, 2" | 1,024.32 SQ | 30.60 | 0.00 | 0.00 | 31,344.19 |
| 2b. Insulation - ISO board, 2" | 1,024.32 SQ | 0.00 | 201.94 | 10,134.93 | 216,986.11 |
| 3a. Remove Drip edge - PVC/TPO clad metal | 1,600.10 LF | 0.25 | 0.00 | 0.00 | 400.03 |
| 3b. Drip edge - PVC/TPO clad metal | 1,600.10 LF | 0.00 | 4.03 | 502.35 | 6,950.75 |
| 4a. Remove Curb flashing - PVC/TPO | 40.00 LF | 1.43 | 0.00 | 0.00 | 57.20 |
| 4b. Curb flashing - PVC/TPO | 40.00 LF | 0.00 | 15.25 | 35.88 | 645.88 |
| 5a. Remove Exhaust cap - through roof - 6" to 8" | 21.00 EA | 6.80 | 0.00 | 0.00 | 142.80 |
| 5b. Exhaust cap - through roof - 6" to 8" | 21.00 EA | 0.00 | 68.23 | 70.04 | 1,502.87 |
| 6. Remove Additional charge for high roof (2 stories or greater) | 1,024.32 SQ | 4.00 | 0.00 | 0.00 | 4,097.28 |
| 7. Additional charge for high roof (2 stories or greater) | 1,024.32 SQ | 0.00 | 13.15 | 0.00 | 13,469.81 |
| 8a. Remove Gutter / downspout - box - aluminum - 6" | 2,100.10 LF | 0.38 | 0.00 | 0.00 | 798.04 |
| 8b. Gutter / downspout - box - aluminum - 6" | 2,100.10 LF | 0.00 | 10.91 | 1,504.98 | 24,417.07 |
| 9. Telehandler/forklift (per month) - no operator | 1.00 MO | 0.00 | 3,207.05 | 0.00 | 3,207.05 |
| 10. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 0.00 | 250.00 | 0.00 | 500.00 |
| 11. Temporary toilet (per month) | 2.00 MO | 0.00 | 113.41 | 0.00 | 226.82 |
| 12. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 500.00 | 0.00 | 500.00 |
| Totals: Roof | | | | 25,720.81 | 682,567.23 |



### DE General, LLC

Office: 205.414.7501
Fax: 205.414.7400
www.DEGENERAL.com
2100 SouthBridge Parkway Suite 650, Birmingham, AL 35209

| Total: Roof | 25,720.81 | 682,567.23 |
|---|---|---|
| **Line Item Totals: COX'S-PARDISE** | **25,720.81** | **682,567.23** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 39,933.33 | SF Walls | 101,867.11 | SF Ceiling | 141,800.44 | SF Walls and Ceiling |
| 101,867.11 | SF Floor | 11,318.57 | SY Flooring | 1,597.33 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,597.33 | LF Ceil. Perimeter |
| 101,867.11 | Floor Area | 102,400.00 | Total Area | 39,933.33 | Interior Wall Area |
| 44,800.00 | Exterior Wall Area | 1,600.00 | Exterior Perimeter of Walls | | |
| 102,432.00 | Surface Area | 1,024.32 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**DE General, LLC**

Office: 205.414.7501
Fax: 205.414.7400
www.DEGENERAL.com
2100 SouthBridge Parkway Suite 650, Birmingham, AL 35209

## Summary

| | |
|---|---:|
| Line Item Total | 656,846.42 |
| Material Sales Tax | 25,720.81 |
| **Replacement Cost Value** | **$682,567.23** |
| **Net Claim** | **$682,567.23** |

_____
Timothy R Evans Jr