# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MIDDLESEX INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:21-cv-02524-JTF-cgc |
| | ) |
| **COX'S PARADISE, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER EXTENDING DEADLINES

Before the Court is Defendant's Motion to Extend Deadlines and to amend the scheduling order in this case, filed on September 22, 2025. (ECF No. 90.) Previous defense counsel David Farber was involved in a serious accident on May 8, 2025. Due to Mr. Farber's recovery delays, Lewis Cobb appeared for Defendant on September 15, 2025. (ECF No. 88.) Defendant now moves to modify the remaining scheduling order deadlines, citing a need for additional time for Mr. Cobb to review all expert, appraisal, and any other related reports in this matter and to address any further discovery needed to respond to Plaintiff's Motion for Summary Judgment, (ECF No. 86).

For good cause shown, the Court GRANTS the Motion. The remaining deadlines in this action are amended as follows:

1. **COMPLETING MEDIATION**: December 16, 2025

2. **COMPLETING DISCOVERY, including depositions**: December 20, 2025

3. **RULE 26(a)(2) EXPERT DISCLOSURES (Plaintiff and Defendant)**: November 22, 2025

4. **FILING DISPOSITIVE MOTIONS and MOTIONS TO EXCLUDE EXPERTS UNDER FRE 702/DAUBERT MOTIONS**:

February 3, 2025

5. **TRIAL:** The trial date will be set by the Court under separate notice.

Moreover, Defendant's October 7, 2025 deadline to respond to Plaintiff's pending Motion for Summary Judgment is hereby extended by an additional ninety days.

**IT IS SO ORDERED** this 3rd day of October, 2025.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
